# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 07MJ 2628 CAB |
| Plaintiff | ) | |
|  | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
|  | ) | |
| GOMEZ-ORBE, ET AL | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

SAUL HERNANDEZ - PALOS

DATED: 11/14/2007

**CATHY ANN BENCIVENGO**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _____
**Deputy Clerk**