UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. _07MJ2628-CAB_ | |
| Plaintiff ) | | |
| ) | ORDER | |
| vs. ) | | |
| ) | RELEASING MATERIAL WITNESS | |
| ALVARO GOMEZ-ORBE, ET AL. ) | | |
| ) | Booking No. | |
| Defendant(s) ) | | |

On order of the United States District/Magistrate Judge, __CATHY ANN BENCIVENGO__

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

OSCAR GAMBOA-GARCIA

DATED: __11/15/07__

__CATHY ANN BENCIVENGO__
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
                 DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by p. DelaCruz
                 Deputy Clerk