# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07mj2628 |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Alvaro Gomez-Orbe, et al. ) | |
| Defendant(s) ) | Booking No. 06520298 |

On order of the United States District/Magistrate Judge, **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Gerardo Carbajal-Tabarez
#06526298

DATED: 11-27-07

**CATHY ANN BENCIVENGO**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ Neuman
Deputy Clerk